Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam Ahmed v. Noam